**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 MAY 17 PM 2: 55

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

UNITED STATES OF AMERICA

v.                                                              Case No. 6:10-cr-44-Orl-28KRS

DAPHNE LYNN SANTIAGO

### ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed January 12, 2012 (Doc. No. 16), initiated by the U.S. Probation Officer of this court as a result of the Probation Officer's belief that the defendant violated the conditions of her supervision. A contested hearing on violation of supervised release was held by District Judge John Antoon II on April 18, 2012 and a final hearing was held on May 9, 2012.

The defendant appeared before this Court on May 9, 2012, with counsel, Peter W. Kenny and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court finds that the defendant has violated conditions one and two of her supervised release. Upon motion by the Government, the Court dismisses violation conditions three and four.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **CONTINUED for a term of One year with all previous conditions imposed and an additional special condition that the Defendant shall serve 10 weekends**

(Saturday and Sunday) at the Brevard County Sheriff's Work Farm, located at 2955 Pluckebaum Road, Cocoa, Florida. While at the "Farm" the Defendant shall abide by all the rules and regulations of the program. The Defendant shall have six months to complete this requirement..

      DONE and ORDERED at Orlando, Florida this 17 day of May, 2012.

                                      JOHN ANTOON II
                                      United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
Daphne Lynn Santiago